IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RACHELLE WOODS,

        Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

        Defendant
                                    /

No. C 04-5018 MMC

**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

       By order filed May 17, 2005, the Court ordered plaintiff to show cause, no later than June 17, 2005 why the above-titled action should not be dismissed for failure to prosecute.

       On June 16, 2005, plaintiff filed two declarations, one from Rebecca Ledwith of Bay Area Legal Aid and the other from plaintiff.  Having reviewed the declarations, the Court finds good cause exists to extend to July 29, 2005 the deadline by which plaintiff is required to show cause why the instant action should not be dismissed.

       As stated in the Court's order of May 17, 2005, to show good cause, plaintiff must file her motion for summary judgment or remand.  If plaintiff fails to show good cause in the manner set forth above, the Court will dismiss the action for failure to prosecute.

       **IT IS SO ORDERED.**

Dated: June 20, 2005

                                  /s/ Maxine M. Chesney
                               MAXINE M. CHESNEY
                               United States District Judge