**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   RACHELLE WOODS,                                    No. C 04-5018 MMC

11            Plaintiff,                                **ORDER DIRECTING PLAINTIFF TO
                                                        SERVE DEFENDANT WITH MOTION**
12        v.                                           **FOR SUMMARY JUDGMENT AND TO
                                                        FILE CERTIFICATE OF SERVICE;**
13   JO ANNE B. BARNHART, Commissioner of              **NOTICE TO PLAINTIFF; MODIFYING**
     Social Security                                   **BRIEFING SCHEDULE**
14            Defendant

15   _____/

16        On July 28, 2005, plaintiff filed a motion for summary judgment.  On August 2, 2005,

17   the Court, referencing the fact that plaintiff had filed a motion, issued an order setting a

18   briefing schedule, and the Clerk of the Court subsequently served such order on the

19   parties.

20        Before the Court is defendant's Notice of Failure to Serve Defendant with Plaintiff's

21   Motion for Summary Judgment, by which notice defendant advises the Court that plaintiff

22   did not serve a copy of her motion on counsel for defendant.[1]

23        A party is required to serve a copy of any filing upon counsel for the opposing party,

24   and is required to file with the Clerk of the Court proof of such service.  See Civ. L. R. 5-6

25   (providing any paper presented for filing "must bear or have attached to it" a "certificate of

26

27   _____

28        [1]Plaintiff did not attach to her motion a certificate of service to indicate that she
     served a copy on counsel for defendant.

1  service" stating date of service, name and address of person(s) served, and manner of

2  service, for example, by United States mail).

3       Plaintiff is hereby ORDERED to serve, no later than August 19, 2005, a copy of her

4  motion for summary judgment upon counsel for defendant, and, also, to file with the Clerk

5  of Court a certificate of such service.[2]  If plaintiff fails to timely serve and file a certificate of

6  service with the Clerk of the Court, stating that she timely served defendant with a copy of

7  her motion for summary judgment, the Court will strike plaintiff's motion.  Additionally,

8  plaintiff is advised that all future filings must be served on counsel for defendant.

9       The Court further modifies the briefing schedule, as follows:

10       1.  Defendant shall serve and file a cross-motion for summary judgment no later

11  than 30 days from the date defendant is served with a copy of plaintiff's motion.

12       2.  Plaintiff shall serve and file any response to defendant's cross-motion no later

13  than 14 days from the date of the service of defendant's cross-motion, after which time the

14  motions will stand submitted.

15       **IT IS SO ORDERED.**

16

   Dated:  August 11, 2005

17                          MAXINE M. CHESNEY
                        United States District Judge

18

19

20

21

22

23

24

25

26  [2]The name and mailing address of counsel for defendant is as follows:
         Sara Winslow

27           Assistant United States Attorney
         450 Golden Gate Avenue, Box 36055

28           San Francisco CA  94102